STEVEN B. KILLPACK, Utah Federal Defender (#1808)
SCOTT KEITH WILSON, Assistant Federal Defender (#7347)
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | FINDING OF INDIGENCY |
| Plaintiff, | : | |
| vs. | : | Case No. 2:05 CR 900 DB |
| BAYLOR SINCLAIR STEVENS, | : | |
| Defendant. | | |

This case is before the court on defendant Baylor Sinclair Stevens' request for a finding of indigency in order to seek appointment of counsel on appeal. This court has previously found defendant to be indigent, and defendant now represents that his financial situation is essentially unchanged. The United States has filed a response to the motion indicating that they do not oppose the motion.

Accordingly, based on the defendant's request and good cause appearing; this court finds that defendant is indigent and the qualifies for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006a.

DATED this 5th day of February, 2010. BY THE COURT:

_____
DEE BENSON
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February, 2010, a true and correct copy of the foregoing **FINDING OF INDIGENCY**, was sent electronically to the following:

Barbara Bearnson
Assistant United States Attorney
185 South State Street, Suite 400
Salt Lake City, Utah 84111

/s/ Lacey Bagley
Utah Federal Defender Office